**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 10–38919 – GFK
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew William Topka
asf Topka Lawn Maintenance Inc

696 North Oxford Street #207
St Paul, MN 55104

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx–xx–3640

**NOTICE TO FILE CLAIMS**

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 5/13/11, or, for governmental units, within 180 days from the date of the Order for Relief or 5/13/11, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 2/8/11

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
200 Warren E Burger Federal Building and
US Courthouse
316 N Robert St
St Paul, MN 55101

BY: Kristin
Deputy Clerk

**USE PROOF OF CLAIM FORM INCLUDED WITH THIS NOTICE**

mnbflclm 12/1/2007